BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2716
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>BOBBY JONES-HANLEY,<br>  aka Bobby Louis Jones-Hanley,<br>  aka Bobby Hanley,<br>  aka Benjamin Hanley,<br><br>                    Defendant. | CASE NO. 2:13-CR-00265 LKK<br><br>STIPULATION FOR CONTINUANCE OF THE OCTOBER 1, 2013 STATUS CONFERENCE TO OCTOBER 29, 2013, AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on October 1, 2013.

2.     By this stipulation, defendant now moves to continue the status conference until October 29, 2013, and to exclude time between October 1, 2013, and October 29, 2013, under Local Code T4. Plaintiff does not oppose this request.

3.     The parties agree and stipulate, and request that the Court find the following:

    a)     The government has represented that the discovery associated with this case includes approximately 175 pages of documents; two DVDs containing evidence photographs; one DVD containing audio/video recordings; and voluminous physical items seized from

1  defendant.  All of this discovery has either been produced directly to counsel or made available
2  for inspection.
3        b)    Counsel for defendant is scheduled to begin trial in <u>United States v. Stamper</u>,
4  2:11-cr-407 KJM (E.D. Cal.), on October 7, 2013.
5        c)    Counsel for defendant desires additional time to consult with his client, review
6  and copy discovery for this matter, and discuss potential resolution with his client.
7        d)    Counsel for defendant believes that failure to grant the above-requested
8  continuance would deny him the reasonable time necessary for effective preparation, taking into
9  account the exercise of due diligence.
10       e)    The government does not object to the continuance.
11       f)    Based on the above-stated findings, the ends of justice served by continuing the
12 case as requested outweigh the interest of the public and the defendant in a trial within the
13 original date prescribed by the Speedy Trial Act.
14       g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
15 et seq., within which trial must commence, the time period of October 1, 2013, to October 29,
16 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
17 T4] because it results from a continuance granted by the Court at defendant's request on the basis
18 of the Court's finding that the ends of justice served by taking such action outweigh the best
19 interest of the public and the defendant in a speedy trial.
20 /////
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 27, 2013          BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/  Nirav K. Desai
                                    NIRAV K. DESAI
                                    Assistant United States Attorney


Dated:  September 27, 2013          /s/  Matthew Bockmon
                                    Matthew Bockmon
                                    Assistant Federal Defender
                                    Counsel for Defendant
                                    (as authorized on September 27, 2013)


**ORDER**

IT IS SO FOUND AND ORDERED this 27th day of September 2013


                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT