1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | 2:13-CR-00265-LKK
12 |         Plaintiff,                   |
13 |    v.                                | FINAL ORDER OF FORFEITURE
14 | BOBBY JONES-HANLEY,                  |
   |   aka Bobby Louis Jones-Hanley,      |
15 |   aka Bobby Hanley,                  |
   |   aka Benjamin Hanley,               |
16 |                                      |
17 |         Defendant.                   |

18

19      WHEREAS, on or about December 23, 2013, this Court entered a Preliminary Order

20 of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea

21 agreement entered into between plaintiff and defendant Bobby Jones-Hanley forfeiting to

22 the United States the following property:

23      a.   Wholly or partially executed counterfeit currency of the United States
24           in the denominations of one (1) dollar, twenty (20) dollars, and one-
             hundred (100) dollars;
        b.   423 Sheets of paper printed with simulated $100 U.S. Currency
25           watermarks and security threads;
        c.   One X-Acto 12" heavy duty laser guided paper trimmer;
26      d.   Various supplies associated with manufacturing counterfeit currency
             including without limitation printer cartridges, printing ink, and
27           embossing powders;
        e.   One Compaq laptop computer, model PP2130;
28      f.   One Hewlett Packard laptop computer, model HP 510;

                                        1
                                                            Final Order of Forfeiture

|   |   |   |
|---|---|---|
| g. | One Hewlett Packard laptop computer, model 8740W; |
| h. | One Hewlett Packard laptop computer, serial number 4CZ11929KC; |
| i. | One Canon Pixma MG6220 All-in-One Printer; |
| j. | One Epson Stylus Printer, model C461A; |
| k. | One Epson printer, model XP400; |
| l. | One ALPS Deskjet Printer, model MD5000; and |
| m. | Approximately $2,488.00 in U.S. Currency. |

AND WHEREAS, beginning on December 25, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 492, 982(a)(2)(B) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Bobby Jones-Hanley.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 24th day of July, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT