HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
BOBBY JONES-HANLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. Cr. S. 2:13-CR-0265-KJM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EARLY |
| | ) | TERMINATION OF SUPERVISION |
| v. | ) | |
| | ) | |
| BOBBY JONES-HANLEY, | ) | Chief Judge Hon. Kimberly J. Mueller |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges Mr. Jones-Hanley for the reasons set forth in the Unopposed Motion.

DATED:  May 4, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE